UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 00-10127-PBS |
| ) | |
| v. ) | |
| ) | VIOLATIONS: |
| RICHARD A. BERGER, ) | Armed Bank Robbery |
| ) | 18 USC §§ 2113(a), (d) |
| Defendant ) | |

## INFORMATION

<u>COUNT ONE</u>: Armed Bank Robbery - 18 USC §§ 2113(a) and (d)

The U.S. Attorney charges that:

On or about August 17, 1998, at Duxbury, in the District of Massachusetts, defendant

### RICHARD A. BERGER

did, by force and violence and by intimidation, knowingly take from the person and presence of others, money belonging to and in the care, custody, control, management and possession of the Fleet Bank, 64 Depot Street, Duxbury, Massachusetts, a bank the deposits of which were insured by the Federal Deposit Insurance Corporation; and in committing such offense, did assault and put in jeopardy the lives of persons by the use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.



COUNT TWO: Armed Bank Robbery - 18 USC §§ 2113(a) and (d)

The U.S. Attorney charges that:

On or about September 10, 1998, at Westwood, in the District of Massachusetts, defendant

**RICHARD A. BERGER**

did, by force and violence and by intimidation, knowingly take from the person and presence of others, money belonging to and in the care, custody, control, management and possession of the Needham Cooperative Bank, 341 Washington Street, Westwood, Massachusetts, a bank the deposits of which were insured by the Federal Deposit Insurance Corporation; and in committing such offense, did assault and put in jeopardy the lives of persons by the use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

**COUNT THREE**: Armed Bank Robbery - 18 USC §§ 2113(a) and (d)

The U.S. Attorney charges that:

On or about September 30, 1998, at Boston, in the District of Massachusetts, defendant

### RICHARD A. BERGER

did, by force and violence and by intimidation, knowingly take from the person and presence of others, money belonging to and in the care, custody, control, management and possession of the Hyde Park Cooperative Bank, 185 Wolcott Square, Boston, Massachusetts, a bank the deposits of which were insured by the Federal Deposit Insurance Corporation; and in committing such offense, did assault and put in jeopardy the lives of persons by the use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

COUNT FOUR: Armed Bank Robbery - 18 USC §§ 2113(a) and (d)

The U.S. Attorney further charges that:

On or about November 20, 1998, at Newburyport, in the District of Massachusetts, defendant

**RICHARD A. BERGER**

did, by force and violence and by intimidation, knowingly take from the person and presence of others, money belonging to and in the care, custody, control, management and possession of the Institution for Savings, Storey Avenue, Newburyport, Massachusetts, a bank the deposits of which were insured by the Federal Deposit Insurance Corporation; and in committing such offense, did assault and put in jeopardy the lives of persons by the use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

**COUNT FIVE**: Armed Bank Robbery - 18 USC §§ 2113(a) and (d)

The U.S. Attorney charges that:

On or about December 12, 1998, at Westwood, in the District of Massachusetts, defendant

### RICHARD A. BERGER

did, by force and violence and by intimidation, knowingly take from the person and presence of others, money belonging to and in the care, custody, control, management and possession of the Needham Cooperative Bank, 341 Washington Street, Westwood, Massachusetts, a bank the deposits of which were insured by the Federal Deposit Insurance Corporation; and in committing such offense, did assault and put in jeopardy the lives of persons by the use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

DONALD K. STERN
United States Attorney

By: /s/ BEN T. CLEMENTS
BEN T. CLEMENTS
Assistant U.S. Attorneys