# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Richard Berger     **Case Number:** 0101 1:00CR10127

**Name of Sentencing Judicial Officer:** Honorable Patti B. Saris, Chief U.S. District Judge

**Date of Original Sentence:** July 26, 2000

**Original Offense:** BANK ROBBERY BY FORCE OR VIOLENCE 18:2113A.F

**Original Sentence:** 235 M of custody followed by 60 M supervised release

**Type of Supervision:** Term Of Supv Rel     **Date Supervision Commenced:** March 08, 2018

---

## NON-COMPLIANCE SUMMARY

**Violation Number**     **Nature of Noncompliance**

I.     **Mandatory Requirement:** The defendant shall not commit any federal, state or local crime.

On September 9, 2019, an officer from the Quincy Police Department was dispatched to the TJ Maxx on Washington Street. Mr. Berger had been caught trying to steal a jacket from the store. Loss prevention was able to recover the jacket and declined to press charges. Mr. Berger was given a no trespass order filed by the store.

**U.S. Probation Officer Action:** Our office met with Mr. Berger following this incident and derived this was his attempt to obtain a Christmas present for his wife, which he cannot otherwise afford. He was offered suggestions on what other types of non-monetary gifts he could provide instead and is aware of the seriousness and consequences of repeating this non-compliant behavior. Mr. Berger also continues to volunteer with the town of Mansfield and completes more hours monthly than was mandated by the Court. At this time, the Probation Office is not seeking any Court action.

Reviewed/Approved by:     Respectfully submitted,

*/s/ Basil F Cronin*     */s/ Sharon L. Hoskins*
Basil F Cronin     by Sharon L. Hoskins
Supervisory U.S. Probation Officer     Sr. U.S. Probation Officer
    Date:     9/30/2019

Prob 12A                                -2-                        Report on Offender Under Supervision

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
The Honorable Patti B. Saris.
Chief U.S. District Judge

_____10/1/19_____
Date